**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:  SEAN TYLER,         Case No.  14-32817-KRH
                            Chapter 7

      Debtor.
_____

      ALLY FINANCIAL INC.

          Plaintiff,

v.                          AP No. 14-03135-KRH

      SEAN TYLER,

          Defendant.

## ORDER GRANTING MOTION TO COMPEL

THIS MATTER comes before the Court upon the motion to compel discovery (the "Motion") filed herein on behalf of Ally Financial Inc. ("Ally").  Based on a review of the record, the representations set forth in the Motion, the representations set forth on the record during the hearing conducted on December 17, 2014, and for good cause shown, it is hereby **ORDERED, ADJUDGED, AND DECREEED:**

    A.    The Motion is GRANTED.

    B.    The Debtor shall submit to questioning under oath during oral deposition conducted by counsel for Ally on or before January 10, 2015. Ally shall serve notice of the date and time for any such deposition by separate subpoena.

    C.    The Debtor shall provide full and truthful responses to all written discovery propounded to him by Ally in this case, which responses shall be produced to counsel for Ally at on or before January 10, 2015.  The Debtor shall transmit his

responses to counsel for Ally by mail or electronic mail to the following address:

>Cullen D. Speckhart, Esq.
>301 Bendix Road, Suite 500
>Virginia Beach, VA 23455
>cspeckhart@wolriv.com

D.   In response to all of Ally's discovery requests, whether in writing or propounded orally during deposition, the Debtor shall provide complete and truthful answers.

Entered at Richmond, Virginia, on Jan 1 2015 _____, 2014.

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: Jan 2 2015

**WE ASK FOR THIS**

ALLY FINANCIAL INC.

By: /s/ *Cullen D. Speckhart*

Cullen D. Speckhart, Esquire (VSB #79096)
Carl A. Eason, Esquire (VSB#18636)
**Wolcott Rivers Gates**
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
Telephone: 757-497-6633
Counsel for Ally Financial Inc.