# IN THE UNITED STATES BANKRUPTCY COURT FILED
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

2015 JAN 22 AM 9:54

U.S. BANKRUPTCY COURT
RICHMOND DIVISION

**In re:**

| | |
|---|---|
| **SEAN TYLER,** | Case No. 14-32817-KRH |
| | Chapter 7 |
| Debtor, | |

| | |
|---|---|
| **ALLY FINANCIAL INC.** | |
| Plaintiff, | |
| v. | AP No. 14-03135-KRH |
| **SEAN TYLER** | |
| Defendant. | |

## NOTICE OF RESPONSE TO MOTION FOR DEFAULT JUDGMENT

I would like the court to allow me to put this judgment in my Bankruptcy

Case No. 14-328817-KRH Chapter 7.

Doing the first time in Bankruptcy I did not know the where about of the car I work hard and travel places to find this car until I got a lead from the broker Terrell Williams and he stated to me and Ruby with fraud Dept. with Ally Financial that the car was in PA. On Dec. 19th 2014 then I received from Ruby with Ally Financial Inc. that they picked the car up on the date of Dec.22nd 2014. I'm at mercy of the court for help being that I fully cooperated in finding the car.

Sincerely, Sean Tyler

